**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| CHAILE STEINBERG, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CEB INC., THOMAS L. MONAHAN, III, )<br>GREGOR S. BAILAR, )<br>STEPHEN M. CARTER, GORDON J. )<br>COBURN, KATHLEEN A. CORBET, L. )<br>KEVIN COX, DANIEL O. LEEMON, )<br>STACEY S. RAUCH, JEFFREY R. TARR, )<br>GARTNER, INC., and COBRA )<br>ACQUISITION CORP., )<br>)<br>Defendants. ) | Case No. 1:17-cv-00220-AJT-MSN |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Chaile Steinberg hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 3, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**MEYERGOERGEN PC**

By: /s/ Scott A. Simmons
Scott A. Simmons (VB 37744)
Christopher J. Habenicht (VSB 15146)
1802 Bayberry Court, Suite 200
Richmond, VA 23226
Tel: 804.288.3600
Facsimile: 804.565.1231
simmons@mg-law.com
habenicht@mg-law.com

*Attorneys for Plaintiff*

So ordered
3/6/17

/s/
Anthony J. Trenga
United States District Judge